UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALFREDO E. CASSIANI, and other similarly situated individuals, KAROLAI AGUILAR, and other similarly situated individuals, JOHNNY VITORA, and other similarly situated individuals, and MARCOS VITORA, and other similarly situated individuals,

    Plaintiffs,

v.                    Case No:  2:23-cv-299-JES-KCD

WOLFPACK WORKFORCE LLC and CARLOS SADA, individually,

    Defendants.

---

**ORDER**

This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. #20) filed on November 10, 2023.  No answer or motion for summary judgment has been filed by defendants who are in default.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** without prejudice.  The Clerk shall terminate all

previously scheduled deadlines and pending motions and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___13th___ day of November 2023.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Parties of record